MARY H. POWERS, Respondent, *v.* PARMENUS JACKSON and WIFE, Appellants.

THEODORE W. SHERIDAN, Respondent, *v.* PARMENUS JACKSON and WIFE, Appellants.

THEODORE W. SHERIDAN, Respondent, *v.* JACOB S. JACKSON and WIFE, Appellants.

These cases presented the same questions and were argued and decided with *Powers* v. *Jackson* (*supra*).

---

ISRAEL McDANOLDS, Respondent, *v.* GEORGE P. TITUS, Appellant.

(Argued January 9, 1874; decided May term, 1874.)

THE only questions of importance presented in this case were those of fact, upon which the court *held* that there was evidence to sustain the findings and they could not be reviewed.

*J. A. Christie* for the appellant.

*W. L. Dailey* for the respondent.

REYNOLDS, C., reads for affirmance.
All concur; GRAY, C., not sitting.
Judgment affirmed.

---

THEODORE W. SHERIDAN, Respondent, *v.* JOSEPH WORTH, Appellant.

THIS case presented the same questions, and was argued and decided with *House* v. *McCormick* (*ante*, p. 310).